702 A.2d 357

Henry F. HOFMANN, Petitioner,

v.

ACME MARKETS, INC., American Stores Co., William Bailey, William Vandell, John Mathison, Martin A. Scholtens, John Tucker, Andrea R. Kramer, and Anthony Paternoster, Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Harold I. Goodman, James F. Mundy, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accord with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).